**Order entered May 27, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00261-CR
No. 05-13-00262-CR
No. 05-13-00263-CR
No. 05-13-00264-CR

**MARQUIS OBRIAN WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-56960-U, F13-57100-U, F12-71366-U, F13-71367-U**

## ORDER

The Court **REINSTATES** the appeals.

On April 14, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and is represented by court-appointed counsel Riann Moore; (3) counsel's explanation for the delay in filing appellant's brief is her workload; and (4) counsel requested thirty days from the May 19, 2014 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **JUNE 18, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    DAVID EVANS
          JUSTICE